# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELOISE HERRON,

        Plaintiff,

vs.

MISTER JONATHAN JACKSON, III, *et al.*,

        Defendants.

Case No. 2:17-cv-03051-GMN-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 13, 2017, required the parties to file a Joint Status Report no later than January 12, 2018. *See* ECF No. 3. To date the parties have not complied. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **January 29, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 18th day of January, 2018.

                                                                _____
                                                               GEORGE FOLEY, JR.
                                                               United States Magistrate Judge